UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERNEST MURRAY** | * | |
|     Plaintiff | * | **CASE NO.** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **ROBERT MCKEE, ACE HARDWARE** | * | |
| **CORPORATION, AND STATE FARM** | * | |
| **MUTUAL AUTOMOBILE INSURANCE** | * | **MAGISTRATE** |
| **COMPANY** | * | |
|     Defendants | * | |
| | * | **A JURY IS DEMANDED** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO:   The Honorable Judges
of the United States District Court
for the Eastern District of Louisiana

Defendant, **ACE HARDWARE CORPORATION** (hereinafter "Ace Hardware"), respectfully submits this Notice of Removal of the above-styled matter, and as cause therefore shows as follows.

1.

On February 26, 2020, the attached Petition for Damages was filed in Civil District Court for the Parish of Orleans, entitled *Ernest Murray v. Robert McKee, Ace Hardware Corporation, and State Farm Mutual Automobile Insurance Company*, bearing case number 2020-1863.[1] Defendant Ace Hardware Corporation was served with the Petition on June 16, 2020. Defendant

---

[1] Exhibit A. Plaintiff's Petition for Damages.

State Farm Mutual Automobile Insurance Company was served on June 10, 2020. Defendant Robert McKee has not been served with the lawsuit to date.

2.

State Farm Mutual Automobile Insurance Company has consented to the removal of this action.

3.

This matter arises out of an alleged automobile accident that occurred in New Orleans, Louisiana on March 4, 2019.[2] The Petition for Damages does not contain any information that would put Ace Hardware on notice that the potential amount in controversy for this matter exceeds $75,000, exclusive of interest or costs.

4.

On July 22, 2020, Ace Hardware Corporation filed a Dilatory Exception of Vagueness in this state court case, due to Plaintiff's failure to state with specificity whether his alleged damages exceeded or were less than $75,000.[3] A hearing on this Exception was ordered for September 24, 2020.[4] This Exception hearing was rescheduled at the request of then-Plaintiff's attorney, Susanne Jernigan, for October 22, 2020.[5] On or about October 2, 2020, Jacob P. Van Wynen of Leefe, Gibbs, Sullivan, & Dupre was substituted as Plaintiff's counsel of record.[6]

On or about October 5, 2020, Plaintiff's counsel, Mr. Van Wynen, notified the undersigned counsel for Ace Hardware Corporation that Plaintiff was seeking damages in excess of $75,000, which was confirmed in writing.[7] Thus, the exception hearing was removed from the state court's

---

[2] *Id*.
[3] Exhibit B. Dilatory Exception of Ace Hardware Corporation.
[4] Exhibit C. Executed Rule to Shower Cause on Ace Hardware Corporation's Dilatory Exception.
[5] Exhibit D. Unopposed Motion to Continue Dilatory Exception.
[6] Exhibit E. Motion to Substitute Counsel.
[7] Exhibit F. Email from Plaintiff's Counsel, Mr. Van Wynen.

docket. "Where the plaintiff has alleged a sum certain that exceeds the requisite amount in controversy, that amount controls if made in good faith." *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).

5.

Pursuant to 28 U.S.C. § 1446(b)(3), "Except as provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." Here, removal is timely because it was filed within 30 days of receipt by Ace Hardware of the October 5, 2020 written communication in which Plaintiff's counsel states that his damages are greater than $75,000.

6.

While Ace Hardware admits no liability, nor any element of damages, Ace Hardware has met its burden of showing that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

7.

Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332, and this action is, therefore, removable to this court on the basis that:

    A.    The parties to this action are completely diverse:

        1.    Plaintiff, Ernest Murray, is a Louisiana resident;

        2.    Defendant, Ace Hardware Corporation, is a corporation incorporated under the laws of the State of Illinois, with its principal place of business in the State of Illinois;

3. Defendant, Robert McKee, is an Alabama resident (although not served);

4. Defendant, State Farm Mutual Automobile Insurance Company, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Illinois.

B. The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

8.

This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy exceeds $75,000.00, exclusive of interest and costs and complete diversity exists between all adverse and properly joined parties.

9.

The Civil District Court for the Parish of Orleans, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

10.

Defendant pray for a jury trial on all issues.

**WHEREFORE**, removing defendant, Ace Hardware Corporation, prays that the above action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, be removed therefrom to this Honorable Court. Ace Hardware Corporation additionally prays for a jury trial on all issues.

**Respectfully submitted,**

/s/ *Emily E. Booth*
PETER J. WANEK (#23353)
EMILY E. BOOTH (#34448)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
Attorneys for Ace Hardware Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via e-mail this 3rd day of November, 2020.

/s/ *Emily E. Booth*